# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UMB BANK, N.A.,** ) | |
| ) | **8:11CV358** |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **ORDER** |
| ) | |
| **DEMPSTER INDUSTRIES LLC, et al.,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the Court on the Plaintiff's Unopposed Motion to Continue Planning Conference (Filing No. 23).  The Court finds that the Motion should be granted.

**IT IS ORDERED** that the telephonic planning conference scheduled for July 6, 2012, at 2 p.m. is hereby continued to **Friday, July 13, 2012, at 10 a.m.**  Plaintiff's counsel shall initiate the call.

DATED this 3rd day of July, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge