IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UMB BANK, N.A.,<br><br>    Plaintiff,<br><br>vs.<br><br>DEMPSTER INDUSTRIES, LLC,<br>WALLACE DAVIS, and FELICIA DAVIS,<br><br>    Defendants. | 8:11CV358<br><br>ORDER |

Upon notice of settlement given to the magistrate judge on April 18, 2013, by counsel for the plaintiff,

**IT IS ORDERED that**:

1. On or before **May 20, 2013**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov*, a draft order which will fully dispose of the case.  If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The previously scheduled pretrial conference and trial are cancelled upon the representation that this case is settled.

Dated this 18th day of April, 2013.

                BY THE COURT:

                s/ Thomas D. Thalken
                United States Magistrate Judge