# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UMB BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 8:11-cv-00358-JFB-TDT |
| | ) |
| DEMPSTER INDUSTRIES LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the Court on the parties' Stipulated Dismissal without Prejudice (Filing No. 34). The Stipulated Dismissal complies with the requirements of Fed.R.Civ.P. 41(a)(1)(A)(ii), and the Court finds that it should be approved.

IT IS ORDERED that the parties' Stipulation for Dismissal without Prejudice is approved and all claims asserted herein by either the Plaintiff or by the Defendants are hereby dismissed without prejudice.

IT IF FURTHER ORDERED that each party shall bear its, his, or her own costs and attorneys' fees herein.

DATED this 17th day of May, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Court Judge

WA 4254948.1